# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
## CEDAR RAPIDS DIVISION

| | |
|---|---|
| CHRISTOPHER JOHN OLTMAN, | |
| Petitioner, | No. C13-0053-LRR |
| vs. | |
| ANAMOSA STATE PENITENTIARY, | ORDER |
| Respondent. | |

This matter is before the court on the Eighth Circuit Court of Appeals' limited remand. In its judgment dated November 6, 2013, the Eighth Circuit Court of Appeals concluded that the petitioner had not filed a successive application for a writ of habeas corpus. Also before the court is the petitioner's motion to produce documents (docket no. 14), filed on November 14, 2013, motion to appoint counsel (docket no. 15), filed on November 14, 2013, motion for extension of time to adequately address the issues (docket no. 16), filed on November 14, 2013, and motion to proceed in forma pauperis (docket no. 17), filed on November 15, 2013.

The petitioner's application to proceed in forma paueris (docket no. 17) shall be granted. The clerk's office shall be directed to file the petitioner's application for a writ of habeas corpus without the prepayment of the filing fee. Because it is clear from the petitioner's filings that he has the means to pay the filing fee, the petitioner shall be directed to submit the $5.00 filing fee by no later than December 13, 2013. In the event that the petitioner does not submit the filing fee by December 13, 2013, this action will be dismissed. Because the court finds that the petitioner will benefit from having a copy of his application for a writ of habeas corpus, the petitioner's motion to produce documents (docket no. 14) shall be granted. The clerk's office shall be directed to send the petitioner a copy of his application for a writ of habeas corpus. As to the petitioner's application for extension of time to adequately address the issues, the court concludes that the petitioner

need not take further action until it has had an opportunity to review the records that relate to *Oltman v. State*, Case No. PCCV500075 (Franklin Cnty. Dist. Ct. 2010). Accordingly, the petitioner's application for extension of time to adequately address the issues (docket no. 16) shall be denied.

In light of the record in *Oltman v. Ault*, Case # 3:00-cv-03037-MWB (N.D. Iowa 2001), and *Oltman v. Ault*, Case # 3:98-cv-03014-MWB (N.D. Iowa 1999), the court finds that there is no need to appoint an attorney to represent the movant, especially considering that previously appointed counsel concluded there were no grounds to seek relief under 28 U.S.C. § 2254 and it appears from *State v. Oltman*, Case No. FECR005524 (Wright Cnty. Dist. Ct. 1992), *Oltman v. State*, Case No. PCCV500075 (Franklin Cnty. Dist. Ct. 2010), *Oltman v. State*, Case No. PCCV003274 (Franklin Cnty. Dist. Ct. 2003), and *Oltman v. State*, Case No. PCCV003020 (Franklin Cnty. Dist. Ct. 2000), that any application for a writ of habeas corpus is untimely.[1] Accordingly, the petitioner's motion to appoint counsel (docket no. 15) shall be denied at this time. Because the application for a writ of habeas corpus includes very little information and the petitioner does not account for significant periods of time, including from July 31, 2003 to December 21, 2005, the court deems it appropriate to review the records that relate to *Oltman v. State*, Case No. PCCV500075 (Franklin Cnty. Dist. Ct. 2010), before ordering the petitioner to clarify his claims and/or the respondent to file an answer or dispositive motion to the application for a writ of habeas corpus. The Iowa Attorney General shall be directed to submit the relevant records that relate to *Oltman v. State*, Case No. PCCV500075 (Franklin Cnty. Dist. Ct. 2010), by no later than December 13, 2013. The clerk's office shall be directed to send a copy of this order to the Iowa Attorney General.

---

[1] Iowa state court criminal and civil records may be accessed at the following address: http://www.iowacourts.gov/Online_Court_Services/. *See Stutzka v. McCarville*, 420 F.3d 757, 760 n.2 (8th Cir. 2005) (addressing court's ability to take judicial notice of public records).

**IT IS THEREFORE ORDERED**:

(1) The petitioner's application to proceed in forma paueris (docket no. 17) is granted. The clerk's office is directed to file the petitioner's application for a writ of habeas corpus without the prepayment of the filing fee. The petitioner is directed to submit the $5.00 filing fee by no later than December 13, 2013. In the event that the petitioner does not submit the filing fee by December 13, 2013, the clerk's office is directed to dismiss this action.

(2) The petitioner's motion to produce documents (docket no. 14) is granted. The clerk's office is directed to send the petitioner a copy of his application for a writ of habeas corpus.

(3) The petitioner's application for extension of time to adequately address the issues (docket no. 16) is denied.

(4) The petitioner's motion to appoint counsel (docket no. 15) is denied at this time.

(5) The Iowa Attorney General is directed to submit the relevant records that relate to *Oltman v. State*, Case No. PCCV500075 (Franklin Cnty. Dist. Ct. 2010), by no later than December 13, 2013. The clerk's office is directed to send a copy of this order to the Iowa Attorney General.

**DATED** this 18th day of November, 2013.

_____
LINDA R. READE
CHIEF JUDGE, U.S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA